UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

ELISABETH A. BRITT; and JOHN C. BRITT,
                Plaintiffs,

                                                        8:19-CV-0490
v.                                                        (GTS/TWD)

JOHNSON & JOHNSON, *et al.*,
                Defendants.
_____

ROBERT BROWN, as Special Adm'r for the Estate of
Theresa Brown; and ROBERT BROWN, as Spouse,
                Plaintiffs,

                                                         1:19-CV-0495
v.                                                       (GTS/TWD)

JOHNSON & JOHNSON,
                Defendant.
_____

LORI DEYO-OBLER; and G. SCOTT OBLER,
                Plaintiffs,

                                                         1:19-CV-0499
v.                                                       (GTS/TWD)

JOHNSON & JOHNSON,
                Defendant.
_____

SCOTT HEITKAMP; and BRENDA HEITKAMP,
                Plaintiffs,

                                                       5:19-CV-0500
v.                                                       (GTS/TWD)

JOHNSON & JOHNSON,
                Defendant.
_____

GLENN T. SUDDABY, Chief United States District Judge

**DECISION and ORDER**

Currently pending before the Court, in these four related products liability actions are Plaintiffs' motions to remand. On July 24, 2019, Defendant(s) filed a notice in each action, advising the Court that, in light of U.S. District Judge Maryellen Noreika's recent Memorandum Opinion in *In re: Imerys Talc Am., Inc., et al.*, No. 19-MC-0103 (D. Del. filed July 19, 2019), they were withdrawing their oppositions to Plaintiffs' motions to remand. For those reasons, and the reasons stated in the Court's prior Decisions and Orders remanding the other related products liability actions (Nos. 19-CV-0459, 19-CV-0464, 19-CV-0493, and 19-CV-0494), the Court grants Plaintiffs' motions to remand.

**ACCORDINGLY**, it is

**ORDERED** that the motions to remand in the four above-captioned products liability actions are **GRANTED**.

Dated: July 25, 2019
       Syracuse, New York

Hon. Glenn T. Suddaby
Chief U.S. District Judge